UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-106 RHK

UNITED STATES OF AMERICA,           )
                                    )
             Plaintiff,             )      **ORDER**
                                    )
        v.                          )
                                    )
TIM HONGGUO TIAN,                   )
                                    )
             Defendant.             )

Defendant and his spouse have objected to the garnishment of various retirement and/or investment accounts. Defendant made a timely demand that the objections be heard in the district in which he resides pursuant to 28 U.S.C. § 3004 (b)(2). By statute, the transfer to such district, here the Middle District of Tennessee, is of right, without the need for a hearing.

Accordingly, IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 3004(b)(2), this matter is transferred to the Middle District of Tennessee, where defendant resides, solely for the purpose of determining the objections to garnishment filed by defendant and his spouse. Upon determination of the garnishment objections, the matter will be transferred back to the District of Minnesota.

Dated: August 28, 2008

                                   s/Richard H. Kyle
                                   Richard H. Kyle
                                   Judge of District Court